## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| XAVIER D. HENDERSON, | |
| Plaintiff, | |
| v. | Case No. 4:20-cv-04240 |
| CLICKLEASE, LLC, | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL

**NOW COMES** Plaintiff, XAVIER D. HENDERSON, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, CLICKLEASE, LLC, without prejudice, with all parties to bear their own attorney's fees and cost.

Dated: February 3, 2021

Respectfully submitted,

**XAVIER D. HENDERSON**

By: /s/ Marwan R. Daher

Marwan R. Daher, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
mdaher@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher