United States District Court
Southern District of Texas
**ENTERED**
February 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| XAVIER D. HENDERSON, <br><br> Plaintiff, <br><br> v. <br><br> CLICKLEASE, LLC, <br><br> Defendant. | Case No. 4:20-cv-04240 |

## ORDER ON DISMISSAL WITHOUT PREJUDICE

Plaintiff, XAVIER D. HENDERSON ("Plaintiff"), by and through his attorneys, having filed with this Court his Notice of Voluntary Dismissal without Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that Plaintiff's claims against CLICKLEASE, LLC are hereby dismissed, without prejudice, with all parties to bear their own attorney's fees and cost.

DATED: February 08, 2021

_Lee H. Rosenthal_
Judge, U.S. District Court

1